UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

SHONI JO BALLANS,
    Plaintiff,

-vs.-                                            Case No. 1:10-cv-01304
                                                  Hon. Robert Holmes Bell

REDLINE RECOVERY SERVICES, LLC,
a foreign limited liability company,
    Defendant.
_____

## STIPULATION TO DISMISS
## CASE WITH PREJUDICE AND WITHOUT COSTS

The parties stipulate to the dismissal of this case with prejudice and without costs.


/s/ Gary Nitzkin                              /s/ Randall J. Groendyk
Gary D. Nitzkin (P41155)              Randall J. Groendyk (P37196)
Attorney for Plaintiff                       Attorney for Defendant
Nitzkin & Associates                        Bridgewater Place, P.O. Box 352
22142 West Nine Mile Road            Grand Rapids, MI 49501-0352
Southfield, Michigan  48034            (616) 336-6000
(248) 353-2882                                rjgroendyk@vernumlaw.com
gnitzkin@creditor-law.com