UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

SHONI JO BALLANS,
    Plaintiff,

-vs.-                                            Case No. 1:10-cv-01304
                                                   Hon. Robert Holmes Bell

REDLINE RECOVERY SERVICES, LLC,
a foreign limited liability company,
    Defendant.
_____

**ORDER OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT COST**

    At a session of court held in the United States District Court for the Western District of Michigan

on _____

Present: Hon. _____

    The parties have resolved this matter by way of settlement agreement and the court being otherwise fully advised as to the premises therein;

    **IT IS HEREBY ORDERED** that the within action is hereby dismissed with prejudice and without cost to either party.

                                                                           _____
                                                                          Judge of United States District Court