UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

SHONI JO BALLANS,
    Plaintiff,

-vs.-                                         Case No. 1:10-cv-01304
                                     Hon. Robert Holmes Bell

REDLINE RECOVERY SERVICES, LLC,
a foreign limited liability company,
    Defendant.

_____

**ORDER OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT COST**

At a session of court held in the United States District Court for the Western District of Michigan

on   June 13, 2011

Present: Hon.   ROBERT HOLMES BELL

The parties have resolved this matter by way of settlement agreement and the court being otherwise fully advised as to the premises therein;

**IT IS HEREBY ORDERED** that the within action is hereby dismissed with prejudice and without cost to either party.

                                                       /s/ Robert Holmes Bell
                                                   Judge of United States District Court